IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIUS AMEISMAIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 09 C 241 |
| ) | |
| CITY OF CHICAGO, and CHICAGO ) | Judge Manning |
| POLICE OFFICERS L. MARIN, ) | |
| Star #19521, A. COLINDRESS, Star #19764, S. ) | Magistrate Judge Brown |
| RONAN, Star #2040, J. SHACKLETON Star ) | |
| #17848, and W. JANSEN, Star #14712 ) | |
| ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

_____
Jared Kosoglad
Attorney for plaintiff,
Julius Ameismaier
Jared S. Kosoglad, P.C.
120 N. Green Street, Suite 3-G
Chicago, Illinois 60607
(312) 513-6000
Attorney No. 6286633
FEIN:_____
DATE: 6/1/09

BY:_____
Shneur Nathan
Assistant Corporation Counsel
Attorney for City of Chicago and
defendants,
Luis Marin, Angel Colindres, Sean Ronan,
James Shackleton and William Jansen
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 06294495
DATE: June 4, 2009 / 6/4/09

09 C 241